MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
BRENT D. HUNTLEY, ESQ.
Nevada Bar No. 12045
**SHUMWAY VAN**
8985 South Eastern Ave., Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Fax: (702) 478-7779
Email: michael@shumwayvan.com
　　　　alex@shumwayvan.com
*Attorneys for Custodian of*
*Vegas Property Services, Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-22<br><br>Plaintiff,<br><br>vs.<br><br>THE MEWS HOMEOWNERS ASSOCIATION; VEGAS PROPERTY SERVICES, INC.; HOMEOWNER ASSOCIATION SERVICES, INC.<br><br>Defendants. | Case No.:   2:17-cv-00473<br><br>**STIPULATION AND ORDER TO PERMIT AN EXTENSION TO VEGAS PROPERTY SERVICES, INC TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINT** |

**STIPULATION AND ORDER TO PERMIT AN EXTENSION TO VEGAS PROPERTY SERVICES, INC TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINT**

**IT IS HEREBY STIPULATED** by and between Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-22, by and through its counsel of record, ARIEL E. STERN, ESQ. and VATANA LAY, ESQ. of the law firm of AKERMAN LLP, and Defendant VEGAS PROPERTY SERVICES, INC., by and through

its Custodian's counsel of record, the law firm of SHUMWAY VAN, that the deadline to file responsive pleadings, currently March 7, 2017, shall be extended due to Defendant, VEGAS PROPERTY SERVICES, INC., being unaware of the Plaintiff's Complaint until VEGAS PROPERTY SERVICES, INC. was informed of the same on March 7, 2017. The parties respectfully request the Court to extend the deadline to file responsive pleadings in the current matter to April 7, 2017.

Dated this 8 day of March, 2015.                   Dated this 8th day of March, 2015.

_____                        /s/ Vatana Lay_____
MICHAEL. C. VAN, ESQ.                              ARIEL E. STERN, ESQ.
Nevada Bar No. 3876                                Nevada Bar No. 8276
BRENT D. HUNTLEY, ESQ.                             VATANA LAY, ESQ.
Nevada Bar No. 12045                               Nevada Bar No. 12993
8985 S. Eastern Avenue, Suite 100                  1160 Town Center Drive, Suite 330
Las Vegas, NV 89123                                Las Vegas, Nevada 89144

## ORDER

**IT IS SO ORDERED** this 10th day of March, 2017, the deadline to file responsive pleadings in this matter is extended to April 7, 2017.

Dated this ____ day of March, 2015.

_____
United States Magistrate Judge

Respectfully submitted by:
**SHUMWAY VAN**

_____
MICHAEL. C. VAN, ESQ.
Nevada Bar No. 3876
BRENT D. HUNTLEY, ESQ.
Nevada Bar No. 14283
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123