# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET BACKED CERTIFICATES, SERIES 2006-22,

    Plaintiff,

v.

THE MEWS HOMEOWNERS ASSOCIATION, *et al.*,

    Defendants.

Case No. 2:17-CV-00473-KJD-PAL

**ORDER**

    Presently before the Court is Plaintiff's Motion for Leave to Substitute Parties (#15). Though the time for doing so has passed, no response in opposition has been filed. Having read and considered the motion, and good cause being found, it is granted.

**IT IS SO ORDERED.**

    DATED this 22nd day of May 2017.

_____
Kent J. Dawson
United States District Judge