UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, as Trustee,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE MEWS HOMEOWNERS ASSOCIATION, *et al.*,<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 2:17-cv-00473-KJD-BNW<br><br>**ORDER** |

On September 9, 2019, this Court entered an order granting BNY Mellon's motion for summary judgment and declared that the bank's deed of trust on the property located at 1218 Coach Lane in Las Vegas, Nevada survived Mews Homeowner Association's nonjudicial foreclosure. ECF No. 66 at 10. As a result, defendant Saticoy Bay took its interest in the Coach Lane property subject to BNY Mellon's valid deed of trust. Id. In addition to quieting title in BNY Mellon, the Court dismissed as moot the bank's breach of NRS § 116 and wrongful foreclosure claims against Mews and Homeowner Association Services. It also dismissed BNY Mellon's injunctive relief claim against Saticoy Bay. The Court's order, however, did not resolve Mews' crossclaims against Homeowner Association Services. It appears that at least some of Mews' crossclaims were contingent upon BNY Mellon prevailing against Mews on its wrongful foreclosure and breach of NRS § 116 claims.

///

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that Mews Homeowners Association shall file a status report or notice of voluntary dismissal regarding its outstanding crossclaims against Homeowner Association Services within fourteen days of the entry of this order.

Dated this 9th day of October, 2019.

                                                          Kent J. Dawson
                                                          United States District Judge